IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CONTINENTAL CASUALTY COMPANY | : | CIVIL ACTION |
| | : | NO. 16-5299 |
| v. | : | |
| | : | |
| WESTFIELD INSURANCE COMPANY | : | |

**<u>ORDER</u>**

AND NOW, this 24th day of April, 2017, upon consideration of defendant Westfield Insurance Company's motion to dismiss plaintiff Continental Casualty Company's complaint, Dkt. No. 8, plaintiff's response, Dkt. No. 11, and defendant's reply, Dkt. No. 13, and considering the parties' supplemental briefing in response to my March 6, 2017 order, Dkt. No. 14 (Order), Dkt. No. 15 (Pl.'s Supp. Br.), Dkt. No. 16 (Def.'s Supp. Br.), it is ORDERED that defendant's motion is GRANTED and plaintiff's complaint is DISMISSED.

*s/Thomas N. O'Neill, Jr.*
THOMAS N. O'NEILL, JR., J.
